IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| TIM BROST, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No.  1:07 CV 120 EJL** |
| vs. | ) | |
| | ) | **JUDGMENT** |
| CITY OF BOISE, BOISE CITY ZOO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon this Court's Memorandum Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendant and this case is **DISMISSED IN ITS ENTIRETY**.

DATED:  **April 23, 2008**

~~Honora~~ble Edward J. Lodge
U. S. District Judge

JUDGMENT-1